

FILED

MAY 0 8 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| TINA McCOLL,<br><br>       Plaintiff,<br><br>vs.<br><br>AMERICAN NATUROPATHIC COUNCIL, a trademark of ALLIED PROFESSIONALS INSURANCE COMPANY,<br><br>       Defendant. | No. CV 17-40-H-SEH<br><br>ORDER |

Pursuant to stipulation and joint motion of the Parties, and good cause appearing, **IT IS ORDERED** that:

1. Plaintiff is granted a 14-day extension of time to and including May 23, 2017, in which to file a response to Defendants' pending motion to quash summons or for dismissal, Docket#12.

2.  Execution on the Judgment, Docket#8-2, entered in State Court, Cause No. DV-15-860D, in this cause is stayed pending disposition of Defendants' pending motion to set aside default, Fed. R. Civ. P. 60, Docket#10. Fed. R. Civ. P. 62(b).

SO ORDERED.

DATED this _____ day of May, 2017.

*Sam E Haddon*
SAM E. HADDON
United States District Judge