FILED

JUN 14 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| TINA McCOLL,<br><br>                      Plaintiff,<br><br>vs.<br><br>AMERICAN NATUROPATHIC COUNCIL, a trademark of ALLIED PROFESSIONALS INSURANCE COMPANY,<br><br>                      Defendant. | No. CV 17-40-H-SEH<br><br>**ORDER** |

The Court conducted a hearing on all pending motions on June 14, 2017.

Plaintiff was represented by Geoffrey Angel, Esq. Defendant was represented by Robert Sterup, Esq.

Based upon the record made in open court,

ORDERED:

1. Plaintiff's Motion to Remand[1] is DENIED.

---

[1] Doc. 2.

2. Defendants' Motion to Aside [sic] Default Fed. R. Civ. P. 55(C), 60(B)[2] is GRANTED.

3. Defendants' Motion to Quash Summons or for Dismissal Fed. R. Civ. P. 12(b)(5), 12(b)(6)[3] is DENIED as moot.

4. On or before June 16, 2017, Defendant shall file an acknowledgment of service.

5. On or before June 23, 2017, Defendant shall file an answer to or a motion with supporting brief directed to Plaintiff's First Amended Complaint.

DATED this 14th day of June, 2017.

SAM E. HADDON
United States District Judge

---

[2] Doc. 10.

[3] Doc. 12.