FILED

OCT 13 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| TINA McCOLL,<br><br>                Plaintiff,<br><br>vs.<br><br>ALLIED PROFESSIONALS<br>INSURANCE COMPANY,<br><br>                Defendant. | No. CV 17-40-H-SEH<br><br>**ORDER** |

Defendant Allied Professionals Insurance Company has moved for admission of Michael B. Kadish, Esq., ("Kadish") of the Kadish Law Group, P.C., 3122 Santa Monica Blvd, Suite 301, Santa Monica, California 90404, to practice before this Court in this case with Robert L. Sterup, Esq., of Brown Lay Firm, P.C., of Billings, Montana to act as local counsel. Kadish's application appears to be in compliance with L.R. 83.1(d).

ORDERED:

Defendant Allied Professionals Insurance Company's motion to allow



Kadish to appear on its behalf[1] is GRANTED on the condition that local counsel will be designated as lead counsel or as co-lead counsel with Kadish. Additionally, Kadish must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed.

Admission is personal to Kadish; it is not an admission of The Kadish Law Group.

IT IS FURTHER ORDERED:

This Order will be withdrawn unless Kadish, within fifteen (15) days from the date of this Order, files an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 13th day of October, 2007.

SAM E. HADDON
United States District Judge

---

[1] Doc. 40.