# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

FILED
DEC 05 2017
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| TINA McCOLL, | |
| Plaintiff, | No. CV 17-40-H-SEH |
| vs. | |
| ALLIED PROFESSIONALS INSURANCE COMPANY, | ORDER |
| Defendant. | |

Defendant Allied Professionals Insurance Company has moved for admission of Michael B. Kadish, Esq., ("Kadish") of the Kadish Law Group, P.C., 3122 Santa Monica Blvd, Suite 301, Santa Monica, California 90404, to practice before this Court in this case with Robert L. Sterup, Esq., of Brown Lay Firm, P.C., of Billings, Montana to act as local counsel. Kadish's application does not comply with L.R. 83.1(d)(3)(J), which requires a statement "that the applicant has complied with Mont. R. Prof'l Conduct 8.5."

ORDERED:

Defendant's Opposed Motion for Admission of Counsel Pro Hac Vice[1] is DENIED without prejudice to renewal.

DATED this 5th day of December, 2017.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[1] Doc. 55.