
FILED

DEC 15 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| TINA McCOLL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALLIED PROFESSIONALS<br>INSURANCE COMPANY,<br><br>　　　　　　Defendant. | No. CV 17-40-H-SEH<br><br>ORDER |

On December 15, 2017, the Court conducted a hearing which directed the parties "to show cause, if any, why either or both lawyers and their respective law firms should not be disqualified as counsel of record from further proceedings in this case" and the issue of sanctions for failure to comply with L.R. 26.3(c)(1).[1]

Based upon the record made in open court,

ORDERED:

1. The participation of Michael B. Kadish, Esq., as *pro hac vice* counsel is stricken from the record.

---

[1] Doc. 58 at 2.

2. On or before December 22, 2017, counsel shall meet and confer and file a joint report with the Court addressing all discovery issues raised in McColl's Motion to Compel Discovery ("Motion to Compel")[2] that can be resolved by agreement of the parties.

3. If agreement is not reached on any component of the dispute, each party shall file a brief on or before December 22, 2017, stating its position on each such unresolved issue raised in the Motion to Compel. Each party may file a response brief on or before December 29, 2017.

4. If agreement on all issues is not reached, Defendants shall submit and produce to the Court *in camera* on or before December 29, 2017, any and all documents within the scope of the discovery dispute. Such documents are to be lodged under seal and not served upon the parties.

The Court will schedule a further hearing, if required, to address any remaining issues requiring resolution.

DATED this 15th day of December, 2017.

SAM E. HADDON
United States District Judge

---

[2] Doc. 44.