IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

FILED
JAN 11 2018
Clerk, U.S. District Court
District Of Montana
Helena

| TINA McCOLL, | |
|---|---|
| Plaintiff, | No. CV 17-40-H-SEH |
| vs. | |
| ALLIED PROFESSIONALS INSURANCE COMPANY, | ORDER |
| Defendant. | |

This case is referred to Magistrate Judge Timothy J. Cavan for address of issues presented by Plaintiff's Notice of Issue regarding costs and fees associated with the taking of Sara Schroeder, Esq.'s deposition[1] and by Plaintiff's Motion to Join Party and for Leave to Move to Reinstate Judgment[2], and to conduct all necessary hearings and submit proposed findings of fact and recommendations. 28 U.S.C. § 636(b)(1)(B).

---

[1] Doc. 69.

[2] Doc. 74.

The Clerk of Court shall forthwith notify the parties and Magistrate Judge Cavan of the making of this Order.

DATED this 11th day of January, 2018.

SAM E. HADDON
United States District Judge