# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| TINA McCOLL,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED PROFESSIONALS INSURANCE COMPANY,<br><br>Defendant. | No. CV 17-40-H-SEH<br><br>ORDER |

This Order supplements the Court's Orders of December 18, 2017,[1] and January 11, 2018.[2]

ORDERED:

Further proceedings in this case are referred to Magistrate Judge Timothy J. Cavan to conduct all hearings necessary and to submit proposed findings of fact and recommendations for disposition by a Judge of the Court of any motion excepted from the Magistrate Judge's jurisdiction as specified in 28 U.S.C. § 636(b)(1)(B).

---

[1] Doc. 64.

[2] Doc. 76.

The Clerk of Court shall forthwith notify the parties and Magistrate Judge Cavan of the making of this Order.

DATED this 22nd day of January, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge