# ANGEL LAW FIRM

ATTORNEY AT LAW
803 WEST BABCOCK
BOZEMAN, MONTANA 59715

# Invoice

GEOFFREY C. ANGEL *admitted in*
*Montana State Courts*
*United States District of Montana, District of Colorado*
*Ninth and Tenth Circuit Courts of Appeals*
*and before the United States Supreme Court*
Co-Founder Montana Chapter, Federal Bar Association
CHARLES F. ANGEL, *1932-2005*

TELEPHONE:
(406) 922-2210
FACSIMILE:
(406) 922-2211
E-MAIL:
christianangel@hotmail.com

| | Date | Invoice # |
|---|---|---|
| | 12/18/2017 | 110312 |

**Bill To**

McColl, Tina c/o
Allied Professionals Insurance Company
1100 Town and Country Road
Orange, California

| P.O. No. | Terms | Project |
|---|---|---|
| | | |

| Serviced | Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|---|
| 10/10/2017 | 103-2 | Receipt of discovery, email Sterup | 350.00 | 0.4 | 140.00 |
| 10/16/2017 | 103-2 | Receipt of letter and review, discovery; Legal research, Interoffice Memorandum, Email Sterup | 350.00 | 8.6 | 3,010.00 |
| 10/17/2017 | 111-2 | Telephone conference: Sterup, Discovery Issues, Emails | 350.00 | 1.5 | 525.00 |
| 10/18/2017 | 103-2 | Receipt of letter and review, Legal research, Interoffice memorandum, Emails | 350.00 | 8.4 | 2,940.00 |
| 10/23/2017 | 106-2 | File review and planning: Deposition of Sara Schroeder | 350.00 | 6 | 2,100.00 |
| 10/24/2017 | 112-2 | Deposition: Travel Bozeman to Orange, California | 350.00 | 8 | 2,800.00 |
| 10/25/2017 | 112-2 | Deposition: Sara Schroeder | 350.00 | 6.5 | 2,275.00 |
| 10/25/2017 | 112-2 | Deposition: Travel Orange, California to Bozeman | 350.00 | 8 | 2,800.00 |
| 10/26/2017 | 600-1 | Client Cost Advanced: Ground transportation, Lodging, Meals | 788.25 | 1 | 788.25 |
| 10/26/2017 | 600-1 | Client Cost Advanced: Air transportation | 661.75 | | 661.75 |
| 10/30/2017 | 103-2 | Receipt of letter and review: Legal research, planning, Letter to Sterup | 350.00 | 3.7 | 1,295.00 |
| 11/7/2017 | 106-2 | File review and planning: Outline deposition, Draft motion | 350.00 | 5.8 | 2,030.00 |
| 11/9/2017 | 104-2 | Letter to: Sterup, Emails | 350.00 | 2.4 | 840.00 |
| 11/13/2017 | 106-2 | File review and planning: Additional discovery, planning | 350.00 | 1.8 | 630.00 |

**Total**

# ANGEL LAW FIRM

ATTORNEY AT LAW
803 WEST BABCOCK
BOZEMAN, MONTANA 59715

# Invoice

GEOFFREY C. ANGEL *admitted in*
*Montana State Courts*
*United States District of Montana, District of Colorado*
*Ninth and Tenth Circuit Courts of Appeals*
*and before the United States Supreme Court*
Co-Founder Montana Chapter, Federal Bar Association

CHARLES F. ANGEL, *1932-2005*

TELEPHONE:
(406) 922-2210
FACSIMILE:
(406) 922-2211
E-MAIL:
christianangel@hotmail.com

**Bill To**

McColl, Tina c/o
Allied Professionals Insurance Company
1100 Town and Country Road
Orange, California

| Date | Invoice # |
|---|---|
| 12/18/2017 | 110312 |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Serviced | Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|---|
| 11/14/2017 | 102-2 | Legal Research: Discovery, draft motion, Letter | 350.00 | 8 | 2,800.00 |
| 11/15/2017 | 111-2 | Telephone conference: Sterup, Review and revise motion | 350.00 | 4.9 | 1,715.00 |
| 11/15/2017 | 108-2 | Revise and proofread: Motion, exhibits | 350.00 | 1.7 | 595.00 |
| 11/21/2017 | 107-2 | Draft Brief: Objection to Kadish | 350.00 | 1.3 | 455.00 |
| 11/30/2017 | 105-2 | Receipt of Brief and review, planning | 350.00 | 1.9 | 665.00 |
| 12/8/2017 | 107-2 | Draft Brief: Reply | 350.00 | 6.5 | 2,275.00 |
| 12/11/2017 | 108-2 | Revise and proofread: Reply brief | 350.00 | 8.3 | 2,905.00 |
| 12/12/2017 | 108-2 | Revise and proofread: Reply | 350.00 | 2.7 | 945.00 |
| 12/14/2017 | 106-2 | File review and planning: Prepare for hearing, chart of activities, outline | 350.00 | 7.6 | 2,660.00 |
| 12/15/2017 | 109-2 | Hearing Practice: Hearing to Show Cause | 350.00 | 8 | 2,800.00 |
| 12/18/2017 | 104-2 | Letter to: Kadish, invoice | 350.00 | 1.8 | 630.00 |
| 12/20/2017 | 104-2 | Letter to: Sterup re depositions | 350.00 | 0.3 | 105.00 |
| 1/3/2018 | 107-2 | Draft Brief: Amended Notice, schedule | 350.00 | 0.4 | 140.00 |
| 1/4/2018 | 111-2 | Telephone conference: mediation, letter depositions | 350.00 | 0.9 | 315.00 |
| 1/8/2018 | 104-2 | Letter to: Receipt of letter and respond | 350.00 | 1.1 | 385.00 |
| 1/9/2018 | 107-2 | Draft Brief: Joint Notice of Resolved Issues, receipt of email, , research | 350.00 | 3 | 1,050.00 |
| 1/10/2018 | 108-2 | Revise and proofread: Joint Notice, letter | 350.00 | 0.8 | 280.00 |
| 1/11/2018 | 108-2 | Revise and proofread: Amended Notices | 350.00 | 0.7 | 245.00 |
| 1/15/2018 | 107-2 | Draft Brief: Hearing Notebook | 350.00 | 2 | 700.00 |
| 1/17/2018 | 107-2 | Draft Brief: Notice of Unresolved Issues | 350.00 | 1.7 | 595.00 |

**Total**

# ANGEL LAW FIRM

ATTORNEY AT LAW
803 WEST BABCOCK
BOZEMAN, MONTANA 59715

# Invoice

GEOFFREY C. ANGEL *admitted in*
*Montana State Courts*
*United States District of Montana, District of Colorado*
*Ninth and Tenth Circuit Courts of Appeals*
*and before the United States Supreme Court*
Co-Founder Montana Chapter, Federal Bar Association
CHARLES F. ANGEL, *1932-2005*

TELEPHONE:
(406) 922-2210
FACSIMILE:
(406) 922-2211
E-MAIL:
christianangel@hotmail.com

| | Date | Invoice # |
|---|---|---|
| | 12/18/2017 | 110312 |

Bill To

McColl, Tina c/o
Allied Professionals Insurance Company
1100 Town and Country Road
Orange, California

| P.O. No. | Terms | Project |
|---|---|---|
| | | |

| Serviced | Item | Description | Rate | Qty | Amount |
|---|---|---|---|---|---|
| 1/30/2018 | 111-2 | Telephone conference: Cal, file review, planning | 350.00 | 1.5 | 525.00 |
| 1/31/2018 | 109-2 | Hearing Practice: Prep and Status Conference | 350.00 | 2 | 700.00 |
| 2/2/2018 | 107-2 | Draft Brief: Joint Motion | 350.00 | 0.8 | 280.00 |
| 2/7/2018 | 104-2 | Letter to: Cal Stacey | 350.00 | 0.9 | 315.00 |
| 2/14/2018 | 107-2 | Draft Brief: Brief in Support of Fees, research | 350.00 | 5.2 | 1,820.00 |
| 2/16/2018 | 108-2 | Revise and proofread: Declaration | 350.00 | 0.4 | 140.00 |
| 3/1/2018 | 108-2 | Revise and proofread: Request | 350.00 | 2.6 | 910.00 |
| 3/2/2018 | 108-2 | Revise and proofread | 350.00 | 4.5 | 1,575.00 |
| 3/5/2018 | 600-1 | Client Cost Advanced: Expert on Fees | 2,380.00 | | 2,380.00 |

**Total** $53,740.00