IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| TINA MCCOLL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALLIED PROFESSIONALS<br>INSURANCE COMPANY,<br><br>　　　　　Defendant. | CV 17-40-H-SEH<br><br>**ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE** |

On December 18, 2017, U.S. District Judge Haddon referred this case to the undersigned for the limited purpose of conducting a settlement conference, and a settlement conference was set for April 4, 2018. (Docs. 64, 73.) Judge Haddon subsequently increased the scope of referral to include all motions excepted from magistrate judges' jurisdiction as specified in 28 U.S.C. § 636(b)(1)(B). (Doc. 82; *see also* Docs. 44, 52, 74, 80.) Due to the expansion of the scope of referral, which now includes the disposition of dispositive motions and other motions that may be at issue during the settlement conference, the undersigned believes it is appropriate to refer the settlement conference to another magistrate judge. Accordingly,

IT IS ORDERED that the settlement conference currently set for April 4, 2018, is hereby **VACATED**. This case is referred to U.S. Magistrate Judge

Johnston for the purpose of conducting a settlement conference. Arrangements for the conference will be made by Judge Johnston. The Clerk of Court shall give notice of the entry of this Order to the parties and to Judge Johnston's chambers.

DATED this 14th day of March, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge