IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

**FILED**

JUN 1 5 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| TINA McCOLL, | |
| Plaintiff, | No. CV 17-40-H-SEH |
| vs. | |
| ALLIED PROFESSIONALS INSURANCE COMPANY, | ORDER |
| Defendant. | |

United States Magistrate Judge Timothy J. Cavan entered his Order April 6, 2018.[1] Plaintiff filed objections on April 20, 2018.[2] The Court reviews for clear error when a party objects to the order of a magistrate judge.[3] This Court must defer to the magistrate's order unless it is clearly erroneous or contrary to law.[4]

Upon clear error review of the record, the Court finds no clear error in Judge Cavan's Order.

---

[1] Doc. 107.

[2] Doc. 112.

[3] *Grimes v. City and Cnty. of San Francisco*, 951 F.2d 236, 241 (9th Cir. 1991); Fed. R. Civ. P. 72(a).

[4] *Id.*

ORDERED:

Plaintiff's Objection to Magistrate's Order Dated April 6, 2018, is

OVERRULED.

DATED this __15th__ day of June, 2018.

SAM E. HADDON
United States District Judge