IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

|  |  |
|---|---|
| TINA MCCOLL,<br><br>            Plaintiff,<br><br>vs.<br><br>ALLIED PROFESSIONALS<br>INSURANCE COMPANY,<br><br>            Defendant. | CV 17-40-H-SEH-TJC<br><br>**ORDER** |

Plaintiff Tina McColl ("Plaintiff") has filed an Unopposed Motion for *In Camera* Review, requesting the Court compare the redacted Claims Notes with the unredacted copy of the Claims Notes previously filed with the Court. (Doc. 111.) The Court has reviewed the unredacted and redacted Claims Notes, and from the face of the documents it does not appear the redactions exceed those permitted by the Court. Nevertheless, the Court is unable to determine if the entry dated June 4, 2015, and referred to as "Settlement Notes" contains attorney/client communications. (*See* Docs. 78-1 at 39-32; Doc. 111 at 24-27.) It is Allied's obligation to ensure that only communications between Allied and its defense counsel in the underlying case are redacted. Further, Allied has a continuing duty to supplement its disclosures. Fed.R.Civ.P. 26(e).

Accordingly, the Court directs Allied to review the June 4, 2015 entry to ensure that only communications between itself and its defense counsel in the underlying case have been redacted, and to supplement its disclosure as necessary.

SO ORDERD.

DATED this 6th day of August, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge