IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| TINA MCCOLL, | CV 17-40-H-SEH-TJC |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| AMERICAN NATUROPATHIC COUNCIL and ALLIED PROFESSIONALS INSURANCE COMPANY, | |
| Defendants. | |

Plaintiff has filed a Second Motion to Compel Discovery. (Doc. 122.) Plaintiff seeks to compel, among other things, a copy of the Corporate Services Agreement between Allied Professionals Insurance Company ("APIC") and Allied Professionals Insurance Services ("APIS"). In response, Allied has offered to submit the Agreement to the Court for an *in camera* review. (Doc. 127.)

Accordingly, the Court directs Allied to submit a copy of the Corporate Services Agreement to the Court for an *in camera* inspection by **October 22, 2018**.

SO ORDERED.

DATED this 15th day of October, 2018.

                                                      TIMOTHY J. CAVAN
                                                      United States Magistrate Judge