IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| TINA MCCOLL,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN NATUROPATHIC COUNCIL and ALLIED PROFESSIONALS INSURANCE COMPANY,<br><br>Defendants. | CV 17-40-H-SEH-TJC<br><br>**ORDER** |

FILED

OCT 24 2018

Clerk, U S District Court
District Of Montana
Billings

On October 16, 2018, Allied submitted a copy of the Corporate Services Agreement between Allied Professionals Insurance Company ("APIC") and Allied Professionals Insurance Services ("APIS") to the Court for an *in camera* inspection. IT IS HEREBY ORDERED that the Agreement shall be stored sealed in the Clerk's office, and shall be accessible only to the Court.

SO ORDERED.

DATED this 24th day of October, 2018.

TIMOTHY J. CAVAN
United States Magistrate Judge

1