IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION



| TINA McCOLL, | |
|---|---|
| Plaintiff, | No. CV 17-40-H-SEH |
| vs. | |
| ALLIED PROFESSIONALS INSURANCE COMPANY, | ORDER |
| Defendant. | |

The parties have filed a Stipulation for Dismissal With Prejudice.[1]

ORDERED:

1. All pending motions are DENIED as MOOT and all deadlines are VACATED.

2. This action is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney fees.

DATED this 22nd day of February, 2019.

SAM E. HADDON
United States District Judge

---

[1] Doc. 153.